# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

In re

James L. Alston                                    Case No.
Cathy L. Alston

                                                   Chapter 13
Debtor(s).

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):          (H)___James L. Alston_____   S.S.#___xxx-xx-9468_____
                    (W)___Cathy L. Alston_____   S.S.#___xxx-xx-2479_____
ADDRESS:            _____1759 Wildrose_____
                    _____Memphis TN 38114-6418_____
PLAN PAYMENT:       Debtor(s) to pay $_1295.00___(xxxxxx, xxxxx xxx xxxxx, xxxx-xxxxxxx, monthly)
PAYROLL DEDUCTION:  _____ OR (X) DIRECT PAY
                    _____ BECAUSE:___Self Employed_____
                    _____ FIRST PAYMENT DATE:___Within 30 days_____
PLACE OF EMPLOYMENT: _____
ADMINISTRATIVE:     Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( )Not included in Plan   ( ) Included in Plan | $_____ |
| CHILD SUPPORT: | Future support through Plan to _____ | $_____ |
|  | Child support arrearage amount _____ | $_____ |
| PRIORITY CREDITORS: | ___Internal Revenue Services_____ | $__40.00___ |
|  | _____ |  |

HOME MORTGAGE:      If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| __Citifinancial Mortgage_____ongoing pmt. begin ____November 1st_____, _2006_ | $__644.39___ |
|---|---|
| Approx. arrearage ____$2719.00___ _____Interest_____% | $__47.00___ |
| _____ongoing pmt. begin _____, _____ | $_____ |
| Approx. arrearage _____Interest_____% | $_____ |

| SECURED CREDITORS: (retain lien 11 U.S.C. § 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| _Wells Fargo Financial_____ | $__20,000.00__ | _____% | $__525.00__ |
| __GE Money Bank_____ | $__surrender__ | _____% | $__Delete__ |
| _Shelby County Trustee_____ | $__900.00___ | _____% | $___15.00__ |
| _Treasure City of Memphis_____ | $__900.00___ | _____% | $___15.00__ |
| _____ | $_____ | _____% | $_____ |
| _____ | $_____ | _____% | $_____ |
| _____ | $_____ | _____% | $_____ |

UNSECURED CREDITORS:   Pay ____TBD_____% of these claims after above claims are paid or pay all disposable
                       income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:_____

TERMINATION:       Plan shall terminate upon payment of the above, approximately _60__ months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE
OF PLAN.